# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORI GODIN | No. 2:25-cr- 00073-JAW |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Theft of Government Money

At times relevant to this Indictment:

1. Defendant CORI GODIN was a resident of South Berwick, Maine.

2. Unemployment Insurance (UI) was a joint state and federal program that provided monetary benefits to eligible beneficiaries. UI payments were intended to provide temporary financial assistance to lawful workers who were unemployed through no fault of their own. Beginning in or around March 2020, in response to the COVID-19 pandemic, several federal programs expanded UI eligibility and increased UI benefits, including the Pandemic Unemployment Assistance Program (PUA), Federal Pandemic Unemployment Compensation (FPUC), and the Lost Wages Assistance Program (LWA).

3. The Maine Department of Labor, Bureau of Unemployment Compensation (MDOL) administered the UI program for the State of Maine.

4. On about May 20, 2020, CORI GODIN filed an initial claim for UI with MDOL. She claimed to be unemployed as a result of a major disaster declared by the President of the United States, namely the coronavirus outbreak.

5. Between about May 23, 2020 and March 20, 2021, and between about June 5, 2021 and September 4, 2021, CORI GODIN filed weekly certifications with MDOL in order to receive UI benefits. In each certification, CORI GODIN claimed not to have worked and not to have earned any wages. In truth, as CORI GODIN knew, she was employed and had earned wages.

6. From about May 23, 2020 through about September 4, 2021, in the District of Maine, and elsewhere, the defendant,

CORI GODIN,

knowingly and willfully embezzled, stole, purloined, and converted to her use and to the use of another, money of the United States, in a total amount greater than $1,000, namely UI benefits, including PUA, FPUC, and LWA, in the approximate amount of $14,700.

Thus, the defendant violated Title 18, United States Code, Section 641.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

ASSISTANT UNITED STATES ATTORNEY

DATED: MAY 6, 2025

2